Melissa A. Palmer (State Bar No. 357767)
Olinsky Law Group
250 S. Clinton Street, Suite 210
Syracuse, New York 13202
t. 315.701.5780
f: 315.701.5781
e: mpalmer@windisability.com
Attorney for Plaintiff, David Joseph Rodriguez

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

---

DAVID JOSEPH RODRIGUEZ,

PLAINTIFF,

No. 2:26-cv-02774-JDP

-v-

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

---------------------------------------------------------

**~~PROPOSED~~ ORDER**

Before the Court is the Stipulation, filed by Plaintiff, David Joseph Rodriguez, for an extension of time. Because the Court finds good cause, and absent objection from Defendant, the Court hereby GRANTS the motion. It is hereby ORDERED that the Plaintiff has until December 14, 2026, to file his Opening Brief. Accordingly, Defendant's deadline to file his responsive brief is extended to January 13, 2027. Plaintiff's deadline to file a reply brief, if any, is extended to January 27, 2027.

//

Let the clerk file this Order electronically and notify all counsel of record accordingly.

IT IS SO ORDERED.

Dated: October 27, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE